# UNITED STATES COURT OF APPEALS

## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604

July 6, 2006

Hon. JOEL M. FLAUM, Chief Judge

Hon. DANIEL A. MANION, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| DONNA VALENTINE<br>    *Plaintiff-Appellant*,<br><br>No. 05-2688          v.<br><br>CITY OF CHICAGO, a municipal corporation,<br>JOHN TOMINELLO, MIKE DiTUSA, and<br>JOSEPH SENESE,<br>    *Defendants-Appellees*. | ] Appeal from the United States<br>] District Court for the Northern<br>] District of Illinois, Eastern<br>] Division.<br>]<br>] No. 03 CV 2918<br>]<br>]<br>] Samuel Der-Yeghiayan,<br>]     *Judge.* |

### O R D E R

The opinion issued in the above-entitled case on June 27, 2006, is hereby amended as follows:

> On Page 17, in the fourth and fifth lines of the second paragraph, please remove the words "Contrary to Defendants' assertions,".  The sentence should read:  "Valentine stated below that she experienced anxiety, inability to concentrate, and depression as a result of Tominello's harassment."